No. 05–5794. COLLINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–5841. SHISINDAY, AKA THOMAS v. TEXAS (two judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 05–5859. HAMM v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 05–5978. HOHMANN v. TEGAN ET AL. Ct. App. Ariz. Certiorari denied.

No. 05–6202. SAUNDERS v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6219. BOWLING v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 05–6220. PEARSON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 05–6226. BELCHER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 05–6230. BURROUGHS v. MAKOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6231. AARON v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–6236. PORTEE v. MORTON. Cir. Ct. Raleigh County, W. Va. Certiorari denied.

No. 05–6247. BRANCH v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–6248. BREWER v. FRAWLEY ET AL. C. A. 1st Cir. Certiorari denied.

No. 05–6250. ANDERSON v. SOLOMON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 05–6252. LOPEZ v. COLORADO. Sup. Ct. Colo. Certiorari denied.